IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 FEB 18  PM 5: 41

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JULIUS LEON DITTO,

Defendant.

8:25CR26

INDICTMENT
21 U.S.C. § 841(a)(1) & (b)(1)
18 U.S.C. § 111(a)(1) & (b)

The Grand Jury Charges:

## COUNT I

On or about October 25, 2024, in the District of Nebraska, JULIUS LEON DITTO, defendant herein, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about October 25, 2024, in the District of Nebraska, JULIUS LEON DITTO, defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim 1, who was engaged in official duties and caused physical contact and inflicted bodily injury with the intent to commit another felony.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MARTIN J. CONBOY, IV
Assistant United States Attorney